## Commonwealth *v.* Richardson, Appellant.

Submitted November 13, 1970. *Irving Murphy*, for the Public Defender, for appellant; *Robert B. McCullough*, Assistant District Attorney, and *Michael M. Palmisano*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended postconviction petition.